Gustavo F. Bruckner
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: gfbruckner@pomlaw.com

*Counsel for Plaintiff*
*Ali Karimi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE,<br><br>Defendants. | Case No. 1:20-cv-08978 ES MAH<br><br>**CERTIFICATION OF GUSTAVO F. BRUCKNER** |

I, Gustavo F. Bruckner, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and a Partner of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, NY 10016, Counsel for Ali Karimi ("Movant") in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. I make this certification in support of the application to admit *pro hac vice* J. Alexander Hood II as Counsel for Movant.

3. J. Alexander Hood II is a Partner of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, NY 10016.

4. J. Alexander Hood II has advised me that he is a member in good standing of the bars set forth in Schedule A attached. He is not under suspension, nor has he ever been suspended or disbarred from any court. J. Alexander Hood II is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of J. Alexander Hood II, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by his acting as attorney for Movant in this matter.

6. Pursuant to Local Civil Rule 101.1(c)(4), my firm will appear in this action, including all court appearances on behalf of Movant and agree to accept service of all notices, orders, and pleadings in this action. I or an attorney from my firm will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter. I agree to be responsible for the conduct of the above-named counsel should he be admitted *pro hac vice*.

7. I will make certain that the attorney to be admitted *pro hac vice* in this case will comply with Local Civil Rule 101.1(c).

8. Accordingly, I respectfully request that this Court enter an Order admitting J. Alexander Hood II *pro hac vice* in this action.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 16, 2020                                        Respectfully submitted,

**POMERANTZ LLP**

Gustavo F. Bruckner
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (917) 463-1044
gfbruckner@pomlaw.com

*Counsel for Plaintiff*
*Ali Karimi*