**Schedule A - J. Alexander Hood II Court Admissions**

| **Court** | **Date of Admission** | **Active member in good standing?** |
|---|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 | Yes |
| United States District Court, Southern District of New York | August 13, 2015 | Yes |
| United States District Court, Eastern District of New York | September 28, 2016 | Yes |
| United States District Court, District of Colorado | December 19, 2016 | Yes |
| United States District Court, Eastern District of Michigan | July 26, 2017 | Yes |
| U.S. District Court, Northern District of Illinois | May 2, 2018 | Yes |
| United States District Court, Southern District of Texas | March 15, 2019 | Yes |
| United States District Court, Northern District of New York | March 26, 2019 | Yes |
| United States District Court, Western District of New York | October 7, 2019 | Yes |