# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JOSEPH ALEXANDER HOOD, II, Bar # JA4625

was duly admitted to practice in the Court on

August 13, 2015

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On May 19, 2020

Ruby J. Krajick
Clerk of Court

By

Deputy Clerk