## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE,<br><br>Defendants. | Case No.  1:20-cv-08978 ES MAH<br><br>**[PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION OF J. ALEXANDER HOOD II** |

This matter having come before the Court on the application of Pomerantz LLP ["movant"], attorneys for Plaintiff Ali Karimi, for the *pro hac vice* admission of J. Alexander Hood II ["counsel"], pursuant to Local Civil Rule 101.1(c); and the Court having considered the certifications submitted in support of the application, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 101.1 (c)(1); and the Court having been advised that Defendants consent to the application; and for good cause shown,

**IT IS ON THIS** 16th day of July, 2020

**ORDERED** that the application for the *pro hac vice* admission of counsel is granted;

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that the movant shall: (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for an attorney of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall make payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which counsel represents the client in this matter; and

**IT IS FURTHER ORDERED** that counsel shall pay $150.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1.(c)(3).

Dated:

_____
The Honorable Esther Salas
United States District Judge
District of New Jersey