# Exhibit 3

**Deutsce Bank Aktiengesellschaft Loss Chart**
**Class Period: November 7, 2017 through July 6, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $9.57 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Vagvala, Srikalahasti | 3/21/2018 | 10,000 | ($14.6200) | ($146,200.00) | 3/21/2018 | 10,000 | $14.7000 | $147,000.00 | | | | |
| | 3/21/2018 | 20,000 | ($14.5900) | ($291,800.00) | 3/21/2018 | 10,000 | $14.7100 | $147,100.00 | | | | |
| | 3/21/2018 | 20,000 | ($14.5900) | ($291,800.00) | 3/21/2018 | 10,000 | $14.7100 | $147,100.00 | | | | |
| | 3/22/2018 | 10,000 | ($14.1700) | ($141,700.00) | 3/21/2018 | 300 | $14.7450 | $4,423.50 | | | | |
| | 3/23/2018 | 20,000 | ($13.9400) | ($278,800.00) | 3/21/2018 | 19,700 | $14.7400 | $290,378.00 | | | | |
| | 3/23/2018 | 20,000 | ($13.9000) | ($278,000.00) | 3/23/2018 | 20,000 | $13.9400 | $278,800.00 | | | | |
| | 3/23/2018 | 12,553 | ($13.9100) | ($174,612.23) | 3/23/2018 | 20,000 | $13.9600 | $279,200.00 | | | | |
| | 3/23/2018 | 800 | ($13.9050) | ($11,124.00) | 3/23/2018 | 10,000 | $13.9500 | $139,500.00 | | | | |
| | 3/23/2018 | 6,647 | ($13.9000) | ($92,393.30) | 3/23/2018 | 5,300 | $14.0550 | $74,491.50 | | | | |
| | 3/23/2018 | 30,000 | ($13.8400) | ($415,200.00) | 3/23/2018 | 1,000 | $14.0510 | $14,051.00 | | | | |
| | 4/10/2018 | 8,911 | ($14.0900) | ($125,555.99) | 3/23/2018 | 13,700 | $14.0500 | $192,485.00 | | | | |
| | 4/10/2018 | 300 | ($14.0870) | ($4,226.10) | 3/26/2018 | 20,000 | $13.9900 | $279,800.00 | | | | |
| | 4/10/2018 | 500 | ($14.0850) | ($7,042.50) | 3/26/2018 | 10,000 | $13.9800 | $139,800.00 | | | | |
| | 4/10/2018 | 289 | ($14.0800) | ($4,069.12) | 4/12/2018 | 100 | $14.3710 | $1,437.10 | | | | |
| | 4/10/2018 | 20,000 | ($14.0900) | ($281,800.00) | 4/12/2018 | 9,900 | $14.3700 | $142,263.00 | | | | |
| | 4/10/2018 | 20,000 | ($14.0800) | ($281,600.00) | 4/12/2018 | 10,000 | $14.3700 | $143,700.00 | | | | |
| | 4/20/2018 | 10,000 | ($14.1800) | ($141,800.00) | 4/12/2018 | 10,000 | $14.3700 | $143,700.00 | | | | |
| | 4/20/2018 | 24,892 | ($14.1400) | ($351,972.88) | 4/12/2018 | 10,000 | $14.3700 | $143,700.00 | | | | |
| | 4/20/2018 | 5,108 | ($14.1350) | ($72,201.58) | 4/12/2018 | 3,100 | $14.3550 | $44,500.50 | | | | |
| | 4/20/2018 | 8,734 | ($14.1500) | ($123,586.10) | 4/12/2018 | 400 | $14.3510 | $5,740.40 | | | | |
| | 4/20/2018 | 1,266 | ($14.1450) | ($17,907.57) | 4/12/2018 | 100 | $14.3501 | $1,435.01 | | | | |
| | 4/20/2018 | 10,000 | ($14.1100) | ($141,100.00) | 4/12/2018 | 6,400 | $14.3500 | $91,840.00 | | | | |
| | 4/27/2018 | 1,100 | ($13.7600) | ($15,136.00) | 4/23/2018 | 100 | $14.3300 | $1,433.00 | | | | |
| | 4/27/2018 | 1,000 | ($13.7500) | ($13,750.00) | 4/23/2018 | 9,900 | $14.3256 | $141,823.44 | | | | |
| | 4/27/2018 | 7,900 | ($13.7800) | ($108,862.00) | 4/23/2018 | 200 | $14.3250 | $2,865.00 | | | | |
| | 4/27/2018 | 20,000 | ($13.8000) | ($276,000.00) | 4/23/2018 | 9,800 | $14.3200 | $140,336.00 | | | | |
| | 4/27/2018 | 6,000 | ($13.8100) | ($82,860.00) | 4/23/2018 | 5,112 | $14.3150 | $73,178.28 | | | | |
| | 4/27/2018 | 20,000 | ($13.8200) | ($276,400.00) | 4/23/2018 | 14,888 | $14.3100 | $213,047.28 | | | | |
| | 4/27/2018 | 34,000 | ($13.8100) | ($469,540.00) | 4/23/2018 | 10,000 | $14.3200 | $143,200.00 | | | | |
| | 4/27/2018 | 30,000 | ($13.8000) | ($414,000.00) | 4/24/2018 | 500 | $14.8050 | $7,402.50 | | | | |
| | 4/27/2018 | 30,000 | ($13.7800) | ($413,400.00) | 4/24/2018 | 2,300 | $14.8010 | $34,042.30 | | | | |
| | 4/27/2018 | 50,000 | ($13.6900) | ($684,500.00) | 4/24/2018 | 5,000 | $14.8001 | $74,000.50 | | | | |
| | 4/30/2018 | 20,000 | ($13.7100) | ($274,200.00) | 4/24/2018 | 2,200 | $14.8000 | $32,560.00 | | | | |
| | 4/30/2018 | 20,000 | ($13.6800) | ($273,600.00) | 4/27/2018 | 1,000 | $13.9050 | $13,905.00 | | | | |
| | 5/1/2018 | 14,700 | ($13.6400) | ($200,508.00) | 4/27/2018 | 9,000 | $13.9000 | $125,100.00 | | | | |
| | 5/1/2018 | 5,300 | ($13.6390) | ($72,286.70) | 4/27/2018 | 100 | $13.9060 | $1,390.60 | | | | |
| | 5/1/2018 | 20,000 | ($13.6250) | ($272,500.00) | 4/27/2018 | 10,697 | $13.9050 | $148,741.79 | | | | |
| | 5/8/2018 | 5,000 | ($13.4800) | ($67,400.00) | 4/27/2018 | 4,203 | $13.9010 | $58,425.90 | | | | |
| | 5/8/2018 | 5,000 | ($13.4800) | ($67,400.00) | 4/27/2018 | 2,000 | $13.9050 | $27,810.00 | | | | |
| | 5/8/2018 | 6,300 | ($13.4800) | ($84,924.00) | 4/27/2018 | 9,200 | $13.9040 | $127,916.80 | | | | |
| | 5/8/2018 | 3,700 | ($13.4700) | ($49,839.00) | 4/27/2018 | 3,800 | $13.9000 | $52,820.00 | | | | |
| | 5/8/2018 | 10,000 | ($13.4700) | ($134,700.00) | 4/27/2018 | 800 | $13.9010 | $11,120.80 | | | | |
| | 5/8/2018 | 6,600 | ($13.4700) | ($88,902.00) | 4/27/2018 | 9,200 | $13.9000 | $127,880.00 | | | | |
| | 5/8/2018 | 3,109 | ($13.4800) | ($41,909.32) | 4/27/2018 | 3,073 | $13.9050 | $42,730.07 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/15/2018 | 10,988 | ($13.3800) | ($147,019.44) | 4/27/2018 | 6,927 | $13.9000 | $96,285.30 |
| 5/15/2018 | 9,012 | ($13.3700) | ($120,490.44) | 4/27/2018 | 8,350 | $13.9050 | $116,106.75 |
| 5/15/2018 | 20,000 | ($13.3500) | ($267,000.00) | 4/27/2018 | 1,650 | $13.9010 | $22,936.65 |
| 5/15/2018 | 20,000 | ($13.3500) | ($267,000.00) | 4/27/2018 | 900 | $13.9050 | $12,514.50 |
| 5/15/2018 | 20,000 | ($13.3500) | ($267,000.00) | 4/27/2018 | 1,400 | $13.9010 | $19,461.40 |
| 5/15/2018 | 20,000 | ($13.3400) | ($266,800.00) | 4/27/2018 | 6,300 | $13.9001 | $87,570.63 |
| 5/15/2018 | 20,000 | ($13.3400) | ($266,800.00) | 4/27/2018 | 1,400 | $13.9000 | $19,460.00 |
| 5/15/2018 | 30,000 | ($13.3000) | ($399,000.00) | 4/27/2018 | 4,200 | $13.9041 | $58,397.22 |
| 5/15/2018 | 50,000 | ($13.2900) | ($664,500.00) | 4/27/2018 | 800 | $13.9010 | $11,120.80 |
| 5/15/2018 | 7,521 | ($13.2400) | ($99,578.04) | 4/27/2018 | 1,200 | $13.9057 | $16,686.84 |
| 5/15/2018 | 2,950 | ($13.2800) | ($39,176.00) | 4/27/2018 | 2,700 | $13.9042 | $37,541.34 |
| 5/16/2018 | 50,000 | ($12.9000) | ($645,000.00) | 4/27/2018 | 1,100 | $13.9010 | $15,291.10 |
| 5/16/2018 | 50,000 | ($12.9000) | ($645,000.00) | 4/27/2018 | 400 | $13.9057 | $5,562.28 |
| 5/16/2018 | 6,126 | ($12.9090) | ($79,080.53) | 4/27/2018 | 200 | $13.9050 | $2,781.00 |
| 5/16/2018 | 5,694 | ($12.9050) | ($73,481.07) | 4/27/2018 | 4,200 | $13.9040 | $58,396.80 |
| 5/18/2018 | 50,000 | ($12.7300) | ($636,500.00) | 4/27/2018 | 200 | $13.9010 | $2,780.20 |
| 5/23/2018 | 44,500 | ($12.6900) | ($564,705.00) | 4/27/2018 | 5,000 | $13.9015 | $69,507.50 |
| 5/23/2018 | 5,500 | ($12.6800) | ($69,740.00) | 4/27/2018 | 2,400 | $13.9055 | $33,373.20 |
| 5/23/2018 | 19,220 | ($12.6700) | ($243,517.40) | 4/27/2018 | 3,100 | $13.9040 | $43,102.40 |
| 5/23/2018 | 30,780 | ($12.6200) | ($388,443.60) | 4/27/2018 | 2,500 | $13.9010 | $34,752.50 |
| 5/23/2018 | 50,000 | ($12.5900) | ($629,500.00) | 4/27/2018 | 3,100 | $13.9015 | $43,094.65 |
| 5/24/2018 | 38,400 | ($12.3100) | ($472,704.00) | 4/27/2018 | 4,900 | $13.9012 | $68,115.88 |
| 5/24/2018 | 8,600 | ($12.3000) | ($105,780.00) | 4/27/2018 | 4,000 | $13.9001 | $55,600.40 |
| 5/24/2018 | 3,000 | ($12.2900) | ($36,870.00) | 4/27/2018 | 200 | $13.8957 | $2,779.14 |
| 5/24/2018 | 50,000 | ($12.2900) | ($614,500.00) | 4/27/2018 | 4,300 | $13.8937 | $59,742.91 |
| 5/24/2018 | 50,000 | ($12.2800) | ($614,000.00) | 4/27/2018 | 500 | $13.8910 | $6,945.50 |
| 5/24/2018 | 10,000 | ($12.2100) | ($122,100.00) | 4/27/2018 | 4,700 | $13.8936 | $65,299.92 |
| 5/24/2018 | 11,775 | ($12.2100) | ($143,772.75) | 4/27/2018 | 300 | $13.8900 | $4,167.00 |
| 5/24/2018 | 100 | ($12.0000) | ($1,200.00) | 4/27/2018 | 5,000 | $13.8815 | $69,407.50 |
| 5/25/2018 | 100,000 | ($12.0300) | ($1,203,000.00) | 4/27/2018 | 5,000 | $13.8812 | $69,406.00 |
| 5/25/2018 | 100 | ($12.0500) | ($1,205.00) | 4/27/2018 | 8,430 | $13.8950 | $117,134.85 |
| 5/25/2018 | 49,900 | ($12.0700) | ($602,293.00) | 4/27/2018 | 2,400 | $13.8910 | $33,338.40 |
| 5/25/2018 | 100,000 | ($12.0500) | ($1,205,000.00) | 4/27/2018 | 9,170 | $13.8900 | $127,371.30 |
| 5/25/2018 | 1,000 | ($12.0300) | ($12,030.00) | 4/27/2018 | 100 | $13.8910 | $1,389.10 |
| 5/29/2018 | 69,100 | ($11.5200) | ($796,032.00) | 4/27/2018 | 9,900 | $13.8900 | $137,511.00 |
| 5/29/2018 | 3,800 | ($11.5199) | ($43,775.62) | 4/27/2018 | 1,170 | $13.8950 | $16,257.15 |
| 5/29/2018 | 1,000 | ($11.5190) | ($11,519.00) | 4/27/2018 | 1,000 | $13.8910 | $13,891.00 |
| 5/29/2018 | 25,000 | ($11.5150) | ($287,875.00) | 4/27/2018 | 7,830 | $13.8900 | $108,758.70 |
| 5/29/2018 | 400 | ($11.5125) | ($4,605.00) | 5/2/2018 | 3,400 | $13.7100 | $46,614.00 |
| 5/29/2018 | 700 | ($11.5100) | ($8,057.00) | 5/2/2018 | 6,600 | $13.7000 | $90,420.00 |
| 5/29/2018 | 200,000 | ($11.3500) | ($2,270,000.00) | 5/2/2018 | 10,000 | $13.7010 | $137,010.00 |
| 5/29/2018 | 200,000 | ($11.3500) | ($2,270,000.00) | 5/2/2018 | 100 | $13.7050 | $1,370.50 |
| 5/31/2018 | 50,000 | ($11.3500) | ($567,500.00) | 5/2/2018 | 9,900 | $13.7000 | $135,630.00 |
| 5/31/2018 | 10,000 | ($11.2800) | ($112,800.00) | 5/2/2018 | 10,000 | $13.7010 | $137,010.00 |
| 5/31/2018 | 41,900 | ($10.7400) | ($450,006.00) | 5/2/2018 | 10,000 | $13.7010 | $137,010.00 |
| 5/31/2018 | 200 | ($10.7375) | ($2,147.50) | 5/2/2018 | 3,800 | $13.7150 | $52,117.00 |
| 5/31/2018 | 8,000 | ($10.7350) | ($85,880.00) | 5/2/2018 | 200 | $13.7110 | $2,742.20 |
| 6/8/2018 | 20,000 | ($11.1800) | ($223,600.00) | 5/2/2018 | 6,000 | $13.7100 | $82,260.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/8/2018 | 30,000 | ($11.1800) | ($335,400.00) | 5/2/2018 | 1,800 | $13.7010 | $24,661.80 |
| 6/8/2018 | 50,000 | ($11.1400) | ($557,000.00) | 5/2/2018 | 8,200 | $13.7000 | $112,340.00 |
| 6/15/2018 | 100 | ($10.9800) | ($1,098.00) | 5/2/2018 | 10,000 | $13.7000 | $137,000.00 |
| 6/15/2018 | 19,900 | ($11.0000) | ($218,900.00) | 5/2/2018 | 1,000 | $13.6910 | $13,691.00 |
| 6/15/2018 | 30,000 | ($11.0100) | ($330,300.00) | 5/2/2018 | 9,000 | $13.6900 | $123,210.00 |
| 6/18/2018 | 30,000 | ($10.9700) | ($329,100.00) | 5/2/2018 | 10,000 | $13.7000 | $137,000.00 |
| 6/18/2018 | 60,000 | ($10.9700) | ($658,200.00) | 5/8/2018 | 800 | $13.5450 | $10,836.00 |
| 6/27/2018 | 20,000 | ($10.5000) | ($210,000.00) | 5/8/2018 | 9,200 | $13.5400 | $124,568.00 |
| 6/27/2018 | 30,000 | ($10.4900) | ($314,700.00) | 5/8/2018 | 10,000 | $13.5400 | $135,400.00 |
| 6/27/2018 | 25,000 | ($10.4900) | ($262,250.00) | 5/8/2018 | 10,000 | $13.5500 | $135,500.00 |
| 6/27/2018 | 25,000 | ($10.4700) | ($261,750.00) | 5/8/2018 | 9,709 | $13.5501 | $131,557.92 |
| 7/11/2018 | 29,400 | ($11.1300) | ($327,222.00) | 5/15/2018 | 10,000 | $13.4000 | $134,000.00 |
| 7/11/2018 | 600 | ($11.1250) | ($6,675.00) | 5/15/2018 | 7,521 | $13.4057 | $100,824.27 |
| 8/16/2018 | 14,400 | ($11.2200) | ($161,568.00) | 5/15/2018 | 10,000 | $13.4010 | $134,010.00 |
| 8/16/2018 | 8,600 | ($11.2199) | ($96,491.14) | 5/15/2018 | 10,000 | $13.4010 | $134,010.00 |
| 8/16/2018 | 7,000 | ($11.2150) | ($78,505.00) | 5/15/2018 | 5,476 | $13.4150 | $73,460.54 |
| 8/16/2018 | 30,000 | ($11.2300) | ($336,900.00) | 5/15/2018 | 700 | $13.4110 | $9,387.70 |
| 8/16/2018 | 40,000 | ($11.2300) | ($449,200.00) | 5/15/2018 | 3,824 | $13.4100 | $51,279.84 |
| 9/7/2018 | 19,500 | ($11.1000) | ($216,450.00) | 5/15/2018 | 1,900 | $13.4150 | $25,488.50 |
| 9/7/2018 | 500 | ($11.0990) | ($5,549.50) | 5/15/2018 | 100 | $13.4110 | $1,341.10 |
| 9/7/2018 | 17,024 | ($11.0900) | ($188,796.16) | 5/15/2018 | 1,000 | $13.4101 | $13,410.10 |
| 9/7/2018 | 300 | ($11.0890) | ($3,326.70) | 5/15/2018 | 6,770 | $13.4100 | $90,785.70 |
| 9/11/2018 | 3,976 | ($11.0100) | ($43,775.76) | 5/15/2018 | 100 | $13.3710 | $1,337.10 |
| 9/11/2018 | 14,350 | ($11.0099) | ($157,992.07) | 5/15/2018 | 9,900 | $13.3700 | $132,363.00 |
| 9/11/2018 | 8,850 | ($11.0050) | ($97,394.25) | 5/15/2018 | 300 | $13.3556 | $4,006.68 |
| 10/8/2018 | 27,100 | ($10.9300) | ($296,203.00) | 5/15/2018 | 4,700 | $13.3531 | $62,759.57 |
| 10/8/2018 | 600 | ($10.9290) | ($6,557.40) | 5/24/2018 | 493 | $12.0450 | $5,938.19 |
| 10/8/2018 | 2,300 | ($10.9250) | ($25,127.50) | 5/24/2018 | 11,382 | $12.0400 | $137,039.28 |
| 10/8/2018 | 20,000 | ($10.9300) | ($218,600.00) | 5/24/2018 | 900 | $12.0450 | $10,840.50 |
| 10/9/2018 | 18,940 | ($10.8500) | ($205,499.00) | 5/24/2018 | 100 | $12.0410 | $1,204.10 |
| 10/9/2018 | 1,060 | ($10.8400) | ($11,490.40) | 5/24/2018 | 9,000 | $12.0400 | $108,360.00 |
| 11/8/2018 | 10,000 | ($10.4500) | ($104,500.00) | 5/25/2018 | 49,290 | $12.0100 | $591,972.90 |
| 11/8/2018 | 20,000 | ($10.4100) | ($208,200.00) | 5/25/2018 | 1,710 | $12.0000 | $20,520.00 |
| 11/8/2018 | 10,000 | ($10.3300) | ($103,300.00) | 5/25/2018 | 300 | $12.0050 | $3,601.50 |
| 11/12/2018 | 50,000 | ($9.8700) | ($493,500.00) | 5/25/2018 | 49,700 | $12.0000 | $596,400.00 |
| 11/12/2018 | 50,000 | ($9.8800) | ($494,000.00) | 5/25/2018 | 8,800 | $12.1050 | $106,524.00 |
| 11/12/2018 | 37,400 | ($9.8700) | ($369,138.00) | 5/25/2018 | 600 | $12.1010 | $7,260.60 |
| 11/12/2018 | 11,000 | ($9.8699) | ($108,568.90) | 5/25/2018 | 1,600 | $12.1001 | $19,360.16 |
| 11/12/2018 | 1,000 | ($9.8690) | ($9,869.00) | 5/25/2018 | 29,000 | $12.1000 | $350,900.00 |
| 11/12/2018 | 600 | ($9.8650) | ($5,919.00) | 5/25/2018 | 20,000 | $12.1000 | $242,000.00 |
| 11/12/2018 | 22,982 | ($9.7900) | ($224,993.78) | 5/25/2018 | 7,429 | $12.0350 | $89,408.02 |
| 11/12/2018 | 27,018 | ($9.7850) | ($264,371.13) | 5/25/2018 | 12,571 | $12.0300 | $151,229.13 |
| 11/15/2018 | 9,860 | ($9.6800) | ($95,444.80) | 5/25/2018 | 20,000 | $12.0500 | $241,000.00 |
| 11/15/2018 | 140 | ($9.6700) | ($1,353.80) | 5/25/2018 | 20,000 | $12.0500 | $241,000.00 |
| 11/16/2018 | 20,000 | ($9.7700) | ($195,400.00) | 5/25/2018 | 4,390 | $12.0550 | $52,921.45 |
| 11/20/2018 | 23,200 | ($9.2300) | ($214,136.00) | 5/25/2018 | 600 | $12.0510 | $7,230.60 |
| 11/20/2018 | 6,800 | ($9.2250) | ($62,730.00) | 5/25/2018 | 15,010 | $12.0500 | $180,870.50 |
| 11/20/2018 | 30,000 | ($9.2300) | ($276,900.00) | 5/25/2018 | 11,900 | $12.0550 | $143,454.50 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/20/2018 | 10,000 | ($9.2600) | ($92,600.00) | 5/25/2018 | 1,000 | $12.0510 | $12,051.00 |
| 11/20/2018 | 16,616 | ($9.2100) | ($153,033.36) | 5/25/2018 | 3,400 | $12.0501 | $40,970.34 |
| 11/20/2018 | 100 | ($9.2090) | ($920.90) | 5/25/2018 | 3,700 | $12.0500 | $44,585.00 |
| 11/20/2018 | 13,284 | ($9.2050) | ($122,279.22) | 5/25/2018 | 800 | $12.0501 | $9,640.08 |
| 11/23/2018 | 22,400 | ($9.2900) | ($208,096.00) | 5/25/2018 | 19,200 | $12.0500 | $231,360.00 |
| 11/23/2018 | 2,600 | ($9.2800) | ($24,128.00) | 5/25/2018 | 20,000 | $12.0500 | $241,000.00 |
| 11/23/2018 | 5,400 | ($9.3400) | ($50,436.00) | 5/25/2018 | 8,341 | $12.0550 | $100,550.76 |
| 11/23/2018 | 23,200 | ($9.3399) | ($216,685.68) | 5/25/2018 | 11,659 | $12.0500 | $140,490.95 |
| 11/23/2018 | 100 | ($9.3390) | ($933.90) | 5/25/2018 | 15,000 | $12.0500 | $180,750.00 |
| 11/23/2018 | 1,300 | ($9.3350) | ($12,135.50) | 5/25/2018 | 20,000 | $12.0500 | $241,000.00 |
| 11/30/2018 | 49,700 | ($9.1700) | ($455,749.00) | 5/25/2018 | 25,000 | $12.0600 | $301,500.00 |
| 11/30/2018 | 300 | ($9.1650) | ($2,749.50) | 5/25/2018 | 500 | $12.0600 | $6,030.00 |
| 11/30/2018 | 50,000 | ($9.1200) | ($456,000.00) | 5/29/2018 | 50,000 | $11.2700 | $563,500.00 |
| 12/4/2018 | 44,764 | ($9.0600) | ($405,561.84) | 5/29/2018 | 196 | $11.2550 | $2,205.98 |
| 12/4/2018 | 236 | ($9.0599) | ($2,138.14) | 5/29/2018 | 800 | $11.2510 | $9,000.80 |
| 12/4/2018 | 5,000 | ($9.0550) | ($45,275.00) | 5/29/2018 | 1,900 | $11.2501 | $21,375.19 |
| 12/6/2018 | 30,000 | ($8.8900) | ($266,700.00) | 5/29/2018 | 16,604 | $11.2500 | $186,795.00 |
| 12/7/2018 | 31,745 | ($8.7900) | ($279,038.55) | 5/29/2018 | 20,000 | $11.2500 | $225,000.00 |
| 12/7/2018 | 10,055 | ($8.7899) | ($88,382.44) | 5/29/2018 | 200 | $11.2550 | $2,251.00 |
| 12/7/2018 | 1,000 | ($8.7890) | ($8,789.00) | 5/29/2018 | 19,800 | $11.2500 | $222,750.00 |
| 12/7/2018 | 7,200 | ($8.7850) | ($63,252.00) | 5/29/2018 | 20,000 | $11.2500 | $225,000.00 |
| 12/20/2018 | 22,000 | ($8.1200) | ($178,640.00) | 5/29/2018 | 300 | $11.2510 | $3,375.30 |
| 12/20/2018 | 1,200 | ($8.1199) | ($9,743.88) | 5/29/2018 | 19,700 | $11.2500 | $221,625.00 |
| 12/20/2018 | 2,000 | ($8.1190) | ($16,238.00) | 5/29/2018 | 500 | $11.2550 | $5,627.50 |
| 12/20/2018 | 4,800 | ($8.1150) | ($38,952.00) | 5/29/2018 | 19,500 | $11.2500 | $219,375.00 |
| 12/26/2018 | 31,543 | ($7.9500) | ($250,766.85) | 5/29/2018 | 300 | $11.2550 | $3,376.50 |
| 12/26/2018 | 17,684 | ($7.9450) | ($140,499.38) | 5/29/2018 | 1,100 | $11.2510 | $12,376.10 |
| 12/26/2018 | 773 | ($7.9400) | ($6,137.62) | 5/29/2018 | 28,600 | $11.2500 | $321,750.00 |
| 12/26/2018 | 7,370 | ($7.9500) | ($58,591.50) | 5/29/2018 | 700 | $11.2550 | $7,878.50 |
| 12/26/2018 | 12,200 | ($7.9499) | ($96,988.78) | 5/29/2018 | 1,000 | $11.2510 | $11,251.00 |
| 12/26/2018 | 30,059 | ($7.9450) | ($238,818.76) | 5/29/2018 | 4,300 | $11.2501 | $48,375.43 |
| 12/26/2018 | 371 | ($7.9400) | ($2,945.74) | 5/29/2018 | 14,000 | $11.2500 | $157,500.00 |
| 12/26/2018 | 11,922 | ($7.9499) | ($94,778.71) | 5/29/2018 | 700 | $11.2550 | $7,878.50 |
| 12/26/2018 | 38,078 | ($7.9450) | ($302,529.71) | 5/29/2018 | 900 | $11.2510 | $10,125.90 |
| 12/26/2018 | 27,160 | ($7.9500) | ($215,922.00) | 5/29/2018 | 18,400 | $11.2500 | $207,000.00 |
| 12/26/2018 | 13,700 | ($7.9499) | ($108,913.63) | 5/29/2018 | 1,900 | $11.2550 | $21,384.50 |
| 12/26/2018 | 800 | ($7.9490) | ($6,359.20) | 5/29/2018 | 700 | $11.2510 | $7,875.70 |
| 12/26/2018 | 6,340 | ($7.9450) | ($50,371.30) | 5/29/2018 | 17,400 | $11.2500 | $195,750.00 |
| 12/26/2018 | 2,000 | ($7.9400) | ($15,880.00) | 5/29/2018 | 100 | $11.2510 | $1,125.10 |
| 12/27/2018 | 49,600 | ($7.6800) | ($380,928.00) | 5/29/2018 | 19,900 | $11.2500 | $223,875.00 |
| 12/27/2018 | 400 | ($7.6750) | ($3,070.00) | 5/29/2018 | 800 | $11.2110 | $8,968.80 |
| 12/27/2018 | 39,929 | ($7.6600) | ($305,856.14) | 5/29/2018 | 19,200 | $11.2100 | $215,232.00 |
| 12/27/2018 | 10,071 | ($7.6550) | ($77,093.51) | 5/29/2018 | 100 | $11.2110 | $1,121.10 |
| 12/31/2018 | 20,000 | ($8.0800) | ($161,600.00) | 5/29/2018 | 19,900 | $11.2100 | $223,079.00 |
| 1/17/2019 | 10,000 | ($8.8800) | ($88,800.00) | 5/29/2018 | 3,350 | $11.2150 | $37,570.25 |
| 1/31/2019 | 10,000 | ($8.8700) | ($88,700.00) | 5/29/2018 | 16,650 | $11.2100 | $186,646.50 |
| 2/1/2019 | 30,000 | ($8.6100) | ($258,300.00) | 5/29/2018 | 200 | $11.2050 | $2,241.00 |
| 2/7/2019 | 20,000 | ($8.6300) | ($172,600.00) | 5/29/2018 | 29,800 | $11.2000 | $333,760.00 |

| Date | Shares | Price | Amount | | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 2/7/2019 | 20,000 | ($8.6300) | ($172,600.00) | | 5/29/2018 | 21,142 | $11.2050 | $236,896.11 |
| 2/14/2019 | 15,374 | ($8.3700) | ($128,680.38) | | 5/29/2018 | 1,300 | $11.2025 | $14,563.25 |
| 2/14/2019 | 4,626 | ($8.3650) | ($38,696.49) | | 5/29/2018 | 1,400 | $11.2010 | $15,681.40 |
| 5/6/2019 | 20,000 | ($8.0200) | ($160,400.00) | | 5/29/2018 | 6,158 | $11.2000 | $68,969.60 |
| 3/11/2020 | 20,000 | ($6.6200) | ($132,400.00) | | 5/29/2018 | 45,000 | $11.1900 | $503,550.00 |
| 3/12/2020 | 20,000 | ($5.6100) | ($112,200.00) | | 5/30/2018 | 25,000 | $11.4400 | $286,000.00 |
| 3/12/2020 | 10,000 | ($5.5900) | ($55,900.00) | | 5/30/2018 | 25,000 | $11.4400 | $286,000.00 |
| 3/12/2020 | 30,000 | ($5.5700) | ($167,100.00) | | 5/30/2018 | 20,000 | $11.4300 | $228,600.00 |
| 5/15/2020 | 10,000 | ($6.4500) | ($64,500.00) | | 5/30/2018 | 9,874 | $11.4350 | $112,909.19 |
| | | | | | 5/30/2018 | 300 | $11.4310 | $3,429.30 |
| | | | | | 5/30/2018 | 600 | $11.4301 | $6,858.06 |
| | | | | | 5/30/2018 | 9,226 | $11.4300 | $105,453.18 |
| | | | | | 5/30/2018 | 100 | $11.4410 | $1,144.10 |
| | | | | | 5/30/2018 | 14,900 | $11.4400 | $170,456.00 |
| | | | | | 5/30/2018 | 20,000 | $11.4600 | $229,200.00 |
| | | | | | 5/30/2018 | 20,000 | $11.4600 | $229,200.00 |
| | | | | | 5/30/2018 | 13,725 | $11.4950 | $157,768.88 |
| | | | | | 5/30/2018 | 100 | $11.4910 | $1,149.10 |
| | | | | | 5/30/2018 | 6,175 | $11.4900 | $70,950.75 |
| | | | | | 5/30/2018 | 6,357 | $11.4950 | $73,073.72 |
| | | | | | 5/30/2018 | 1,000 | $11.4910 | $11,491.00 |
| | | | | | 5/30/2018 | 12,643 | $11.4900 | $145,268.07 |
| | | | | | 5/30/2018 | 5,251 | $11.5350 | $60,570.29 |
| | | | | | 5/30/2018 | 14,749 | $11.5300 | $170,055.97 |
| | | | | | 5/30/2018 | 20,000 | $11.5400 | $230,800.00 |
| | | | | | 5/30/2018 | 20,000 | $11.6000 | $232,000.00 |
| | | | | | 5/30/2018 | 4,200 | $11.5950 | $48,699.00 |
| | | | | | 5/30/2018 | 100 | $11.5910 | $1,159.10 |
| | | | | | 5/30/2018 | 15,700 | $11.5900 | $181,963.00 |
| | | | | | 5/30/2018 | 20,000 | $11.5900 | $231,800.00 |
| | | | | | 5/30/2018 | 200 | $11.5650 | $2,313.00 |
| | | | | | 5/30/2018 | 100 | $11.5610 | $1,156.10 |
| | | | | | 5/30/2018 | 700 | $11.5601 | $8,092.07 |
| | | | | | 5/30/2018 | 19,000 | $11.5600 | $219,640.00 |
| | | | | | 5/30/2018 | 20,000 | $11.5600 | $231,200.00 |
| | | | | | 5/31/2018 | 500 | $11.0800 | $5,540.00 |
| | | | | | 5/31/2018 | 4,400 | $11.0700 | $48,708.00 |
| | | | | | 5/31/2018 | 95,100 | $11.0600 | $1,051,806.00 |
| | | | | | 5/31/2018 | 2,000 | $11.1900 | $22,380.00 |
| | | | | | 5/31/2018 | 58,000 | $11.1800 | $648,440.00 |
| | | | | | 5/31/2018 | 50,000 | $11.1700 | $558,500.00 |
| | | | | | 5/31/2018 | 100 | $11.0900 | $1,109.00 |
| | | | | | 5/31/2018 | 6,000 | $11.1250 | $66,750.00 |
| | | | | | 5/31/2018 | 1,000 | $11.1210 | $11,121.00 |
| | | | | | 5/31/2018 | 10,275 | $11.1200 | $114,258.00 |
| | | | | | 5/31/2018 | 100 | $11.0950 | $1,109.50 |
| | | | | | 5/31/2018 | 32,625 | $11.0900 | $361,811.25 |
| | | | | | 5/31/2018 | 17,400 | $11.0800 | $192,792.00 |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 5/31/2018 | 32,600 | $11.0700 | $360,882.00 |
| 6/8/2018 | 50,000 | $11.2300 | $561,500.00 |
| 6/8/2018 | 30,000 | $11.2200 | $336,600.00 |
| 6/8/2018 | 15,000 | $11.2100 | $168,150.00 |
| 6/8/2018 | 5,000 | $11.2300 | $56,150.00 |
| 6/15/2018 | 800 | $11.0710 | $8,856.80 |
| 6/15/2018 | 12,900 | $11.0701 | $142,804.29 |
| 6/15/2018 | 6,300 | $11.0700 | $69,741.00 |
| 6/15/2018 | 20,000 | $11.0700 | $221,400.00 |
| 6/18/2018 | 3,937 | $10.9950 | $43,287.32 |
| 6/18/2018 | 16,063 | $10.9900 | $176,532.37 |
| 6/18/2018 | 2,700 | $10.9910 | $29,675.70 |
| 6/18/2018 | 17,300 | $10.9900 | $190,127.00 |
| 6/18/2018 | 1,700 | $10.9910 | $18,684.70 |
| 6/18/2018 | 215 | $10.9901 | $2,362.87 |
| 6/18/2018 | 8,085 | $10.9900 | $88,854.15 |
| 6/18/2018 | 1,000 | $11.0510 | $11,051.00 |
| 6/18/2018 | 19,000 | $11.0500 | $209,950.00 |
| 6/18/2018 | 1,000 | $11.0410 | $11,041.00 |
| 6/18/2018 | 2,600 | $11.0401 | $28,704.26 |
| 6/18/2018 | 16,400 | $11.0400 | $181,056.00 |
| 6/18/2018 | 10,000 | $11.0400 | $110,400.00 |
| 6/27/2018 | 30,000 | $10.4300 | $312,900.00 |
| 6/27/2018 | 20,000 | $10.4300 | $208,600.00 |
| 6/27/2018 | 10,000 | $10.4300 | $104,300.00 |
| 6/27/2018 | 100 | $10.4250 | $1,042.50 |
| 6/27/2018 | 9,900 | $10.4200 | $103,158.00 |
| 6/27/2018 | 10,000 | $10.4200 | $104,200.00 |
| 6/27/2018 | 10,000 | $10.4200 | $104,200.00 |
| 6/27/2018 | 10,000 | $10.4000 | $104,000.00 |
| 7/11/2018 | 700 | $11.1650 | $7,815.50 |
| 7/11/2018 | 1,000 | $11.1610 | $11,161.00 |
| 7/11/2018 | 4,400 | $11.1601 | $49,104.44 |
| 7/11/2018 | 23,900 | $11.1600 | $266,724.00 |
| 8/17/2018 | 800 | $11.0750 | $8,860.00 |
| 8/17/2018 | 19,200 | $11.0701 | $212,545.92 |
| 8/17/2018 | 2,900 | $11.0750 | $32,117.50 |
| 8/17/2018 | 17,100 | $11.0700 | $189,297.00 |
| 8/17/2018 | 1,600 | $11.0750 | $17,720.00 |
| 8/17/2018 | 18,400 | $11.0700 | $203,688.00 |
| 8/17/2018 | 40,000 | $11.1600 | $446,400.00 |
| 9/7/2018 | 10,000 | $11.1800 | $111,800.00 |
| 9/7/2018 | 10,000 | $11.1850 | $111,850.00 |
| 9/11/2018 | 3,432 | $11.1750 | $38,352.60 |
| 9/11/2018 | 2,301 | $11.1710 | $25,704.47 |
| 9/11/2018 | 222 | $11.1701 | $2,479.76 |
| 9/11/2018 | 8,545 | $11.1700 | $95,447.65 |
| 9/11/2018 | 1,100 | $11.1750 | $12,292.50 |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 9/11/2018 | 13,900 | $11.1700 | $155,263.00 |
| 9/17/2018 | 15,000 | $11.5400 | $173,100.00 |
| 10/8/2018 | 20,000 | $11.0400 | $220,800.00 |
| 10/8/2018 | 20,000 | $11.0400 | $220,800.00 |
| 10/8/2018 | 10,000 | $11.0400 | $110,400.00 |
| 10/9/2018 | 4,100 | $10.9510 | $44,899.10 |
| 10/9/2018 | 5,900 | $10.9500 | $64,605.00 |
| 10/9/2018 | 10,000 | $10.9400 | $109,400.00 |
| 11/12/2018 | 24,275 | $9.9100 | $240,565.25 |
| 11/12/2018 | 15,725 | $9.9000 | $155,677.50 |
| 11/12/2018 | 12,418 | $9.7350 | $120,889.23 |
| 11/12/2018 | 7,582 | $9.7300 | $73,772.86 |
| 11/12/2018 | 900 | $9.7350 | $8,761.50 |
| 11/12/2018 | 19,100 | $9.7300 | $185,843.00 |
| 11/12/2018 | 20,000 | $9.7300 | $194,600.00 |
| 11/13/2018 | 20,000 | $9.8700 | $197,400.00 |
| 11/13/2018 | 20,000 | $9.9100 | $198,200.00 |
| 11/13/2018 | 5,000 | $9.9150 | $49,575.00 |
| 11/13/2018 | 15,000 | $9.9100 | $148,650.00 |
| 11/13/2018 | 20,000 | $9.9100 | $198,200.00 |
| 11/13/2018 | 1,000 | $9.9110 | $9,911.00 |
| 11/13/2018 | 19,000 | $9.9100 | $188,290.00 |
| 11/13/2018 | 300 | $9.9350 | $2,980.50 |
| 11/13/2018 | 19,700 | $9.9300 | $195,621.00 |
| 11/13/2018 | 2,200 | $9.9450 | $21,879.00 |
| 11/13/2018 | 300 | $9.9410 | $2,982.30 |
| 11/13/2018 | 5,600 | $9.9401 | $55,664.56 |
| 11/13/2018 | 11,900 | $9.9400 | $118,286.00 |
| 11/16/2018 | 10,000 | $9.8100 | $98,100.00 |
| 11/16/2018 | 10,000 | $9.8100 | $98,100.00 |
| 11/16/2018 | 10,000 | $9.8000 | $98,000.00 |
| 11/21/2018 | 20,000 | $9.4400 | $188,800.00 |
| 11/21/2018 | 3,404 | $9.4450 | $32,150.78 |
| 11/21/2018 | 26,596 | $9.4400 | $251,066.24 |
| 11/21/2018 | 25,000 | $9.4300 | $235,750.00 |
| 11/23/2018 | 100 | $9.3250 | $932.50 |
| 11/23/2018 | 5,923 | $9.3200 | $55,202.36 |
| 11/23/2018 | 13,977 | $9.3100 | $130,125.87 |
| 11/26/2018 | 10,000 | $9.5700 | $95,700.00 |
| 11/26/2018 | 10,000 | $9.5600 | $95,600.00 |
| 11/26/2018 | 200 | $9.5750 | $1,915.00 |
| 11/26/2018 | 9,800 | $9.5700 | $93,786.00 |
| 11/26/2018 | 10,000 | $9.5800 | $95,800.00 |
| 11/26/2018 | 10,000 | $9.5800 | $95,800.00 |
| 11/26/2018 | 10,000 | $9.6900 | $96,900.00 |
| 12/3/2018 | 25,000 | $9.4700 | $236,750.00 |
| 12/3/2018 | 15,000 | $9.4800 | $142,200.00 |
| 12/3/2018 | 20,000 | $9.4800 | $189,600.00 |

| | | | |
|---|---|---|---|
| 12/3/2018 | 4,600 | $9.4800 | $43,608.00 |
| 12/3/2018 | 15,400 | $9.4700 | $145,838.00 |
| 12/3/2018 | 10,000 | $9.4300 | $94,300.00 |
| 12/3/2018 | 10,000 | $9.4300 | $94,300.00 |
| 12/10/2018 | 20,000 | $8.5800 | $171,600.00 |
| 12/10/2018 | 1,100 | $8.5850 | $9,443.50 |
| 12/10/2018 | 18,900 | $8.5800 | $162,162.00 |
| 12/10/2018 | 2,800 | $8.5850 | $24,038.00 |
| 12/10/2018 | 1,100 | $8.5810 | $9,439.10 |
| 12/10/2018 | 16,100 | $8.5800 | $138,138.00 |
| 12/10/2018 | 400 | $8.4850 | $3,394.00 |
| 12/10/2018 | 19,600 | $8.4800 | $166,208.00 |
| 12/10/2018 | 20,000 | $8.3600 | $167,200.00 |
| 12/10/2018 | 20,000 | $8.3700 | $167,400.00 |
| 12/10/2018 | 10,000 | $8.3700 | $83,700.00 |
| 12/24/2018 | 10,000 | $7.9000 | $79,000.00 |
| 12/24/2018 | 10,000 | $7.9000 | $79,000.00 |
| 12/24/2018 | 10,000 | $7.9000 | $79,000.00 |
| 12/27/2018 | 200 | $7.7950 | $1,559.00 |
| 12/27/2018 | 19,800 | $7.7900 | $154,242.00 |
| 12/27/2018 | 20,000 | $7.7900 | $155,800.00 |
| 12/27/2018 | 20,000 | $7.7900 | $155,800.00 |
| 12/27/2018 | 20,000 | $7.7900 | $155,800.00 |
| 12/27/2018 | 20,000 | $7.7900 | $155,800.00 |
| 12/27/2018 | 200 | $7.7950 | $1,559.00 |
| 12/27/2018 | 2,000 | $7.7910 | $15,582.00 |
| 12/27/2018 | 700 | $7.7901 | $5,453.07 |
| 12/27/2018 | 17,100 | $7.7900 | $133,209.00 |
| 12/27/2018 | 2,600 | $7.7950 | $20,267.00 |
| 12/27/2018 | 17,400 | $7.7900 | $135,546.00 |
| 12/27/2018 | 2,000 | $7.7910 | $15,582.00 |
| 12/27/2018 | 18,000 | $7.7900 | $140,220.00 |
| 12/27/2018 | 800 | $7.7950 | $6,236.00 |
| 12/27/2018 | 1,000 | $7.7910 | $7,791.00 |
| 12/27/2018 | 500 | $7.7901 | $3,895.05 |
| 12/27/2018 | 17,700 | $7.7900 | $137,883.00 |
| 12/27/2018 | 20,000 | $7.8100 | $156,200.00 |
| 12/27/2018 | 6,837 | $7.8150 | $53,431.16 |
| 12/27/2018 | 955 | $7.8110 | $7,459.51 |
| 12/27/2018 | 12,208 | $7.8100 | $95,344.48 |
| 12/27/2018 | 20,000 | $7.8100 | $156,200.00 |
| 12/28/2018 | 10,000 | $8.0800 | $80,800.00 |
| 12/28/2018 | 10,000 | $8.0800 | $80,800.00 |
| 12/28/2018 | 1,400 | $8.0850 | $11,319.00 |
| 12/28/2018 | 700 | $8.0801 | $5,656.07 |
| 12/28/2018 | 12,900 | $8.0800 | $104,232.00 |
| 12/28/2018 | 1,500 | $8.0750 | $12,112.50 |
| 12/28/2018 | 8,500 | $8.0700 | $68,595.00 |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 12/28/2018 | 900 | $8.0650 | $7,258.50 |
| 12/28/2018 | 100 | $8.0610 | $806.10 |
| 12/28/2018 | 3,200 | $8.0601 | $25,792.32 |
| 12/28/2018 | 10,800 | $8.0600 | $87,048.00 |
| 12/31/2018 | 10,000 | $8.1300 | $81,300.00 |
| 12/31/2018 | 10,000 | $8.1400 | $81,400.00 |
| 1/23/2019 | 400 | $9.0350 | $3,614.00 |
| 1/23/2019 | 9,600 | $9.0300 | $86,688.00 |
| 2/1/2019 | 1,000 | $8.7950 | $8,795.00 |
| 2/1/2019 | 19,000 | $8.7900 | $167,010.00 |
| 2/1/2019 | 200 | $8.8750 | $1,775.00 |
| 2/1/2019 | 19,800 | $8.8700 | $175,626.00 |
| 2/15/2019 | 1,500 | $8.6750 | $13,012.50 |
| 2/15/2019 | 18,500 | $8.6700 | $160,395.00 |
| 2/15/2019 | 20,000 | $8.6700 | $173,400.00 |
| 2/15/2019 | 1,400 | $8.6750 | $12,145.00 |
| 2/15/2019 | 8,600 | $8.6700 | $74,562.00 |
| 2/15/2019 | 3,152 | $8.7432 | $27,558.57 |
| 2/15/2019 | 1,848 | $8.7400 | $16,151.52 |
| 2/25/2019 | 5,000 | $8.8042 | $44,021.00 |
| 5/6/2019 | 20,000 | $8.1200 | $162,400.00 |
| 3/12/2020 | 20,000 | $5.4700 | $109,400.00 |
| 3/12/2020 | 7,122 | $5.4900 | $39,099.78 |
| 3/12/2020 | 12,878 | $5.4700 | $70,442.66 |
| 3/12/2020 | 10,000 | $5.4300 | $54,300.00 |
| 3/12/2020 | 10,000 | $5.4300 | $54,300.00 |
| 3/12/2020 | 300 | $5.8350 | $1,750.50 |
| 3/12/2020 | 702 | $5.8300 | $4,092.66 |
| 3/12/2020 | 300 | $5.8250 | $1,747.50 |
| 3/12/2020 | 400 | $5.8201 | $2,328.04 |
| 3/12/2020 | 3,900 | $5.8200 | $22,698.00 |
| 3/12/2020 | 300 | $5.8150 | $1,744.50 |
| 3/12/2020 | 698 | $5.8101 | $4,055.45 |
| 3/12/2020 | 3,400 | $5.8100 | $19,754.00 |
| 3/12/2020 | 10,000 | $5.7101 | $57,101.00 |
| 5/18/2020 | 10,000 | $7.1200 | $71,200.00 |

| 3,964,475 | ($44,106,422.67) | 3,964,475 | $43,359,576.64 | 0 | $0.00 | ($746,846.03) |